UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRENDA SCISSONS and NADIA THOMAS,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA and PATRICK PIPE,<br><br>    Defendants. | Civil No. CV03-0531-S-EJL<br><br>**JUDGMENT** |

Based upon this Court's Findings of Fact, Conclusions of Law and Order, dated November 1, 2006, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **November 1, 2006**

_signature_
Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 1